# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**SUSAN ORTIZ,**

        **Plaintiff,**

**-vs-**                                                      **Case No.  2:06-cv-337-FtM-99DNF**

**ARVIND SHARMA, M.D., P.A.,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On November 13, 2006, the Court entered an Order (Doc. 5) allowing attorney John Potanovic to withdraw as counsel for Arvind Sharma, M.D., P.A.  The Court instructed Arvind Sharma, M.D., P.A. to retain counsel as is required in Local Rule 2.03(e)[1]. Pursuant to 28 U.S.C. §1654, a party may appear and conduct their own cases personally.  However, a lay person is not permitted to represent any other person or entity. *United States of America v. Blake Medical Center*, 2003 WL 21004734, *1 (M.D. Fla. 2003).  A subsequent Order (Doc. 16) was entered allowing Arvind Sharma, M.D., P.A. an additional thirty (30) days in which to retain new counsel.  The Order (Doc. 16) provided that "[i]f new counsel fails to file a notice of appearance within this time period, then the Court will recommend that a default be entered against Arvind Sharma, M.D., P.A."   No counsel has filed a Notice of Appearance on behalf of Arvind Sharma, M.D., P.A.

---

[1] A "corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02."  Local Rule 2.03(e) of the Local Rules for the Middle District of Florida.

**IT IS RESPECTFULLY RECOMMENDED:**

1) That a default be entered against Arvind Sharma, M.D., P.A. for failure to comply with two Court Orders (Doc. 15 and 16) and for failure to comply with Local Rule 2.03(e).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __23rd__ day of January, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record,