UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUSAN ORTIZ,

        Plaintiff,

vs.                             Case No.   2:06-cv-337-FtM-99DNF

ARVIND SHARMA, M.D., P.A.,

        Defendant.
_____

**<u>OPINION AND ORDER</u>**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #17), filed January 23, 2007, recommending that a default be entered against Arvind Sharma, M.D., P.A. for failure to comply with the Court's Orders (Docs. #15, #16) requiring appearance through counsel pursuant to the Local Rules.  On February 12, 2007, defendant appeared *pro se* and filed a Notice of Filing (Doc. #18) indicating that a settlement was reached.  The attached document reflects that only partial settlement was made.  On February 23, 2007, the Court entered an Order (Doc. #19) requesting plaintiff's position on the matter.  On March 5, 2007, plaintiff filed a Response (Doc. #20) confirming that only a partial settlement was reached and that a ruling on the Report and Recommendation was desired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. §

636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation and Response by plaintiff, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

The Report and Recommendation (Doc. #17) is hereby **adopted**. Defendant's Answer and Defenses (Doc. #6) are **stricken**, and the Clerk is directed to enter default against defendant.

**DONE AND ORDERED** at Fort Myers, Florida, this __5th__ day of March, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented party